IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMELOT CLUB CONDOMINIUM ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> JAMES STEWART and <br> ALL OTHER OCCUPANTS <br> 905 Camelot Drive <br> College Park, GA 30349, et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:18-CV-1695-TWT |

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Fulton County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fulton County.

SO ORDERED, this 21 day of May, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge